AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-1079 |
| BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER, individually | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TODD HOWELL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark A. Balkin
Hardy, Carey, Chautin & Balkin, LLP
1080 West Causeway Approach
Mandeville, LA 70471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date:    12/03/2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-1079

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TODD HOWELL

was received by me on *(date)* 12/4/25

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Kara Doherty, Office Manager, 8485 Bluebonnet Blvd., Baton Rouge, LA 70810 on 12/11/25.

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/11/25

*Server's signature*

George Steimel
Bombet Cashio & Associates, Inc.
8335 Kelwood Ave.
Baton Rouge, LA 70806
Ph# 225-275-0796 www.bombet.com

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.<br><br>*Plaintiff(s)*<br>v.<br>BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER, individually<br><br>*Defendant(s)* | Civil Action No. 25-cv-1079 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KIRK KEPPER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark A. Balkin
Hardy, Carey, Chautin & Balkin, LLP
1080 West Causeway Approach
Mandeville, LA 70471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
*CLERK OF COURT*

Date: 12/03/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-1079

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KIRK KEPPER**
was received by me on *(date)* **12/4/25**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Kara Doherty, Office Manager, 8485 Bluebonnet Blvd., Baton Rouge, LA 70810 on 12/11/25.

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/11/25

*Server's signature*

George Steimel
Bombet, Cashio & Associates, Inc.
8335 Kelwood Ave.
Baton Rouge, LA 70806
Ph# 225-275-0796 www.bombet.com
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| BROADCAST MUSIC, INC., et al. <br><br> *Plaintiff(s)* <br> v. <br> BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER, individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-1079 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BOOTLEG PRODUCTIONS LLC
through its registered agent
Kirk Kepper

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark A. Balkin
Hardy, Carey, Chautin & Balkin, LLP
1080 West Causeway Approach
Mandeville, LA 70471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
*CLERK OF COURT*

*C Smith*
*Signature of Clerk or Deputy Clerk*

Date:   12/03/2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-1079

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOOTLEG PRODUCTIONS LLC
was received by me on *(date)* 12/5/25

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kara Doherty (office Manager), who is designated by law to accept service of process on behalf of *(name of organization)* Bootleg Productions, LLC.
8485 Bluebonnet Blvd., Baton Rouge, LA on *(date)* 12/11/25 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/11/25

*Server's signature*

George Steimel
Bombet, Cashio & Associates, Inc.
8335 Kelwood Ave.
Baton Rouge, LA 70806
Ph# 225-275-0796 www.bombet.com

*Server's address*

Additional information regarding attempted service, etc: