UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; SUGARFUZZ MUSIC INC.; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER individually, <br><br> Defendants. | CIVIL ACTION NO.: 25-cv-1079 - RLB |

**MOTION FOR ENTRY OF DEFAULT**

Now Into Court, through undersigned counsel, come Plaintiffs and move for the Entry of Default against defendants pursuant to FRCP 55 (a). In support of its motion, Plaintiffs state as follows:

1. The Complaint in this matter was filed on December 3, 2025. (Doc. 1.)

2. Service was obtained on all Defendants on December 11, 2025, with returns of service filed on December 12, 2025. (Doc. 7.)

3. More than twenty-one (21) days have passed since service was obtained on the Defendants and no Answer or other responsive pleading has been filed.

4. Submitted herewith is a Declaration of Service and Last Known Address of the defendants served.

1

2

WHEREFORE, for the foregoing reasons, Plaintiffs request an Entry of Default.

Respectfully submitted,

Dated: January 20, 2026

/s/ *Mark A. Balkin*
Mark A. Balkin (LA Bar # 24952)
Joseph C. Chautin, III (LA Bar # 24995)
**Hardy, Carey, Chautin & Balkin, LLP**
1080 West Causeway Approach
Mandeville, Louisiana 70471
(985) 629-0750
mbalkin@hardycarey.com

*Attorneys for Plaintiffs*