UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; SUGARFUZZ MUSIC INC.; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER individually,<br><br>Defendants. | CIVIL ACTION NO.: 25-cv-1079 - RLB |

**DECLARATION OF SERVICE AND LAST KNOWN ADDRESS**

I, Mark A. Balkin, counsel for Plaintiffs, hereby swear under penalty of perjury that, pursuant to the returns of service, filed on December 12, 2025 (Doc. 7), Geroge Steimel obtained service on Defendants Bootleg Productions LLC, Todd Howell and Kirk Kepper on December 11, 2025, at their last known address, 8485 Bluebonnet Blvd., Baton Rouge, LA 70810.

Dated: January 20, 2026

*/s/Mark A. Balkin*