UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; SUGARFUZZ MUSIC INC.; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER individually,<br><br>Defendants. | CIVIL ACTION NO.: 25-cv-1079 - RLB |

**ENTRY OF DEFAULT**

Service having been executed on defendants BOOTLEG PRODUCTIONS LLC, TODD HOWELL AND KIRK KEPPER on December 11, 2025, and no answer or other responsive pleading having been filed;

IT IS HEREBY ORDERED that the Motion for Entry of Default against defendants BOOTLEG PRODUCTIONS LLC, TODD HOWELL AND KIRK KEPPER, is GRANTED.

Date: January __, 2026

                                                Michael L. McConnell
                                                Clerk of Court


By: _____
            Deputy Clerk

cc

Bootleg Productions LLC
8485 Bluebonnet Blvd.
Baton Rouge, LA 70810

Todd Howell
8485 Bluebonnet Blvd.
Baton Rouge, LA 70810

Kirk Kepper
8485 Bluebonnet Blvd.
Baton Rouge, LA 70810