## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, ET AL | CIVIL ACTION |
| VERSUS | 25-cv-01079-RLB |
| BOOTLEG PRODUCTIONS, LLC, ET AL | |

### CLERK'S ENTRY OF DEFAULT

Service having been executed on Defendants, Bootleg Productions, LLC, Todd Howell, and Kirk Kepper on December 11, 2025, and no answer, claim or other responsive pleadings having been filed.

IT IS ORDERED the Entry of Default filed by Broadcast Mustic, et al is GRANTED.

Baton Rouge, Louisiana, this 27th day of January 2026.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: *Elisa Clement*
Deputy Clerk

cc:   Bootleg Productions, LLC, Todd Howell, and Kirk Kepper
      8485 Bluebonnet Blvd.
      Baton Rouge, Louisiana 70810