UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 25-1079-RLB |
| BOOTLEG PRODUCTIONS LLC, ET AL. | CONSENT |

### ORDER

On December 3, 2025, Plaintiffs filed a Complaint naming Bootleg Productions LLC, Todd Howell and Kirk Keppers ("Defendants") as Defendants. (R. Doc. 1). Summons were issued by the Clerk of Court on the same date. (R. Doc. 3). On December 12, 2025, summons were returned executed. (R. Doc. 7).

Following the filing of summons returned executed, the Court entered a Scheduling Conference Order setting a scheduling conference for February 19, 2026 with a joint status report due by February 5, 2026. (R. Doc. 8). On January 20, 2026, Plaintiffs filed a Motion for Clerk's Entry of Default, which was subsequently granted. (R. Docs. 9, 10).

On February 4, 2026, the Court reset the scheduling conference for April 16, 2026 as a result of the preliminary default. (R. Doc. 11). The parties were directed to file a joint status report by April 2, 2026. On April 13, 2026, the Court issued a notice cancelling the scheduling conference in light of the current posture of this matter. (R. Doc. 12). Plaintiffs were reminded of their obligation to comply with Rule 55 of the Federal Rules of Civil Procedure regarding default judgment. A review of the record indicates no additional filings have been made since the Court's April 13th Notice. Accordingly,

**IT IS ORDERED** that within 21 days of the date of this Order, plaintiffs shall show cause, **in writing**, why the claims against defendants should not be dismissed under Local Rule

41(b)(1) for failure to prosecute if good cause is not shown why no default judgment has been sought or entered.  If plaintiffs believes there is good cause for this failure, a "Motion for Default Judgment" or other appropriate motion should be filed within 21 days of the date of this Order. Such motion should include whatever good cause exists for the failure set forth above.  Failure to comply with this order may result in Plaintiffs' complaint being dismissed, with or without further notice.

Signed in Baton Rouge, Louisiana, on August 5, 2026.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE