**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER individually,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>25-cv-01079-RLB-EWD |

**MOTION FOR DEFAULT JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 55(b), and for the reasons stated in the Memorandum in Support of Motion for Default Judgment filed contemporaneously herewith, Plaintiffs respectfully move this Court for entry of default judgment ordering that:

(a) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(b) Defendants pay statutory damages in the amount of $25,000.00, which represents an award of $8,333.33 for each of the three (3) claims of infringement, pursuant to 17 U.S.C. § 504(c);

(c) Defendants pay plaintiffs' costs, including reasonable attorney's fees in the amount of $5,375.00 pursuant to 17 U.S.C. § 505;

(d) Defendants pay interest on these awards pursuant to 28 U.S.C. § 1961.

This motion is supported by the Declarations of Lindsay Sales and John Flynn attached hereto as Exhibits 1 and 2, which establish Plaintiffs' claims for relief. A proposed Order is attached for the Court's convenience as Exhibit 3.

Respectfully submitted,

Dated: August 27, 2026

/s/ *Mark A. Balkin*
Mark A. Balkin (LA Bar # 24952)
Joseph C. Chautin, III (LA Bar # 24995)
**Hardy, Carey, Chautin & Balkin, LLP**
1080 West Causeway Approach
Mandeville, Louisiana 70471
(985) 629-0750
mbalkin@hardycarey.com

*Attorneys for Plaintiffs*