**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER individually,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>25-cv-01079-RLB-EWD |

**DECLARATION OF LINDSAY SALES**

I, Lindsay Sales, state the following, of which I have personal knowledge:

1. I am an attorney of Plaintiff Broadcast Music, Inc. ("BMI"). I am familiar with the facts and circumstances in this matter as well as BMI's structure and operation. This Declaration is submitted in support of Plaintiffs' Motion for Default Judgment.

2. Through agreements with copyright owners such as music publishing companies and composers, BMI acquires non-exclusive public performance rights. BMI has acquired such rights from each of the other Plaintiffs in this action. BMI, in turn, grants to music users such as broadcasters and the owners and operators of concert halls, restaurants, nightclubs and hotels, the right to publicly perform any of the works in BMI's repertoire by means of "blanket license

agreements".

3. The complaint in this action alleges multiple claims of copyright infringement of certain musical compositions licensed by BMI, the copyrights of which are owned by the other Plaintiffs, arising out of unauthorized public performances of those musical works. Each of the musical compositions listed on line 2 of the Schedule of Plaintiffs' Complaint was registered with the Copyright Office on the date listed on line 5. A registration certificate bearing the number listed on line 6 was issued by the Copyright Office to the Plaintiff listed on line 4 or a predecessor in interest.

4. On or before the date listed on line 7 of the Schedule, BMI had been granted, by the other Plaintiffs, the right to publicly perform these compositions and to issue public performance license agreements to music users. These licenses permit music users to perform any of the 22.4 million musical compositions in the BMI repertoire. In addition, BMI has been granted by the other Plaintiffs the right to maintain actions for infringement of the public performance rights in their musical compositions and to seek damages for such infringement.

Pursuant 28 U.S.C. §1746, I declare under penalty of perjury, that the foregoing is true and correct.

Date: August 27, 2026

Lindsay Sales