**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; SUGARFUZZ MUSIC INC.; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER individually,<br><br>Defendants. | CIVIL ACTION NO.: 25-cv-1079 - RLB |

**DECLARATION OF MARK A. BALKIN**

MARK A. BALKIN declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that:

1. I am a partner in the firm of Hardy, Carey, Chautin & Balkin, LLP, counsel to the Plaintiffs in this case, and am fully familiar with the matters below. I make this declaration in support of Plaintiffs' motion for default judgement.

2. I have been licensed to practice law since 1989 in Illinois and 1998 in Louisiana.

3. Since receiving this matter from Broadcast Music, Inc. on November 24, 2025, I have billed a total of 14.2 hours on this matter. My billing rate for this matter is $350 per hour. The total amount for my billable time is $4970.00. Copies of my records are attached hereto.

4. Costs in the amount of $405 for Filing Fees have been incurred in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 27, 2026.

Mark A. Balkin

| ENTERED | STATUS | TYPE | TASK | PROFESSIONAL | START | STOP | DURATION |
|---|---|---|---|---|---|---|---|
| **Broadcast Music, Inc.** | | | | | | | |
| 2183.576.BMI v. Bootleg Productions LLC d/b/a Urban Daiquiris, File #119408 / 0060060 / 00120 | | | | | | | |
| 2025-11-24 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 1.50 |
| | Receive Bootleg Production/Urban Daiquiris materials; open file; begin review, complaint formatting and prep of other filing documents | | | | | | |
| 2025-12-03 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 1.50 |
| | Finalize complaint, corp disclosure statement, summons, cover sheer and file case | | | | | | |
| 2025-12-04 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.80 |
| | Review SOS information for service, google search re same; coordinate service | | | | | | |
| 2025-12-12 | Billed | Billable | | Balkin,Mark | | | 0.50 |
| | Receive, review and file service returns. | | | | | | |
| 2026-01-15 | Billed | Billable | | Balkin,Mark | | | 1.00 |
| | Preparation of motion entry of default; declaration and order | | | | | | |
| 2026-01-20 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.50 |
| | Edit, finalize and file motion for entry of default, declaration of service and last known address and draft order | | | | | | |
| 2026-01-21 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.50 |
| | Call from K. Keegan, counsel for defendants; discuss claim, defendants' operation and possible settlement | | | | | | |
| 2026-04-22 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.20 |
| | Review order re status conference; review file status | | | | | | |
| 2026-08-27 | Pending | Billable | | Balkin,Mark | | | 1.30 |
| | Emails with client; finalize and file motion for default judgment, memo and associated declarations; prepare attorney fees declaration | | | | | | |
| 2026-08-21 | Pending | Billable | | Balkin,Mark | | | 2.30 |
| | Continue to work on and edits to memo in support of default judgment; review cases | | | | | | |
| 2026-08-19 | Pending | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.10 |
| | Emails re removal of one infringement - motion for default judgment | | | | | | |
| 2026-08-18 | Pending | Billable | | Balkin,Mark | | | 1.80 |
| | Continue work on motion for default judgment deadline; memo, declarations, etc. | | | | | | |

# Time Entries

Hardy Carey Cl

| ENTERED | STATUS | TYPE | TASK | PROFESSIONAL | START | STOP | DURATION |
|---|---|---|---|---|---|---|---|
| **Broadcast Music, Inc.** | | | | | | | |
| 2183.576.BMI v. Bootleg Productions LLC d/b/a Urban Daiquiris, File #119408 / 0060060 / 00120 | | | | | | | |
| 2026-08-14 | Pending | Billable | | Balkin,Mark | | | 1.00 |
| | Follow up with BMI re motion for default judgment deadline; work on motion | | | | | | |
| 2026-08-06 | Pending | Billable | | Balkin,Mark | | | 0.20 |
| | Receive and review court order re rule to show cause or default judgment; email to client re same | | | | | | |
| 2026-02-03 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.10 |
| | Review email from defendants counsel re settlement | | | | | | |
| 2026-02-04 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.70 |
| | Review materials from defendants re Rockbot licenses for both locations; emails to A. Adewumi re same; call with judge's clerk re status report due tomorrow - is it necessary review and calendar new dates for status report and conference | | | | | | |
| 2026-02-05 | Billed | Billable | 650529-BMI Fees | Balkin,Mark | | | 0.20 |
| | Emails with defendants' counsel re information provided and what else is needed. | | | | | | |
| | | | | | | Matter Total | 14.20 |
| | | | | | | **Client Total** | **14.20** |
| | | | | | | **Grand Total** | **14.20** |