**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOOTLEG PRODUCTIONS LLC d/b/a URBAN DAIQUIRIS, TODD HOWELL AND KIRK KEPPER individually,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>25-cv-01079-RLB-EWD |

**ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants Bootleg Productions, LLC, Todd Howell, and Kirk Kepper is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of three (3) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Bootleg Productions, LLC, Todd Howell, and Kirk Kepper, jointly and severally, statutory damages in the amount of $ 8,333.33 for each of the three

(3) musical compositions, for a total of Twenty Five Thousand Dollars ($25,000.00) pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants Bootleg Productions, LLC, Todd Howell, and Kirk Kepper, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $5,375.00, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants Bootleg Productions, LLC, Todd Howell, and Kirk Kepper, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants Bootleg Productions, LLC, Todd Howell, and Kirk Kepper and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: __________, 2026

______________________________
UNITED STATES DISTRICT JUDGE